ORIGINAL

# In The United States Court of Federal Claims

ECF

Cover Sheet **04-1453C**

Plaintiff(s) or Petitioner(s)

AKT Development Corporation

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

RECEIVED & FILED
SEP 14 2004
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Name of the attorney of record: [See RCFC 83.1(c)] Mathew G. Jacobs / Nicole E. Granquist

Firm Name: Downey Brand LLP

Post Office Box:

Street Address: 555 Capitol Mall, 10th Floor

City-State-Zip: Sacramento, CA 95814

Telephone & Facsimile Numbers: Tel: (916) 444-1000 Fax: (916) 444-2100

E-mail address: mjacobs@downeybrand.com / ngranquist@downeybrand.com

Is the attorney of record admitted to the Court of Federal Claims Bar? ___________
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Action under Tucker Act for Breach of Contract and Rescission related to issuance of a permit under 42 U.S.C. 1344.

Government Agency Involved: A R M / DOI

**See attached Sheet for three digit code.**

Amount Claimed: $ To be determined, in excess of 10,000.00.

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ___________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003

ORIGINAL