# In the United States Court of Federal Claims

**No. 04-1453C**
**(Filed: October 13, 2004)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| **AKT DEVELOPMENT CORPORATION,** | * |
| **Plaintiff,** | * |
| **v.** | * |
| **THE UNITED STATES,** | * |
| **Defendant.** | * |

* * * * * * * * * * * * * * * * *

## ORDER

The court is in receipt of the plaintiff's First Amended Complaint. The plaintiff failed to include proof of service as required for all paper filings by Rule 5.1 of the Rules of the Court of Federal Claims ("RCFC"). In addition, as noted in the September 14, 2004 Notice of Designation, "all documents in this case are to be filed electronically, except with leave of Court upon good cause shown." The attorney of record for the plaintiff has not yet established a case management/electronic case filing ("CM/ECF") account, and the plaintiff's First Amended Complaint was not filed electronically as required.

The court further notes that the plaintiff has identified the Sacramento Valley Open Space Conservancy as the "real party in interest." Under RCFC Rule 17(a), "[e]very action shall be prosecuted in the name of the real party in interest." The plaintiff, AKT Development Corp., therefore appears to be asserting that the Sacramento Valley Open Space Conservancy, and not AKT Development Corp., is the proper plaintiff in this case. If the Sacramento Valley Open Space Conservancy is the real party in interest, then it should be named as the plaintiff in this action.

Due to the foregoing deficiencies, the Clerk's Office is directed to return the plaintiff's First Amended Complaint unfiled. The court advises the plaintiff to establish an CM/ECF account, and should the plaintiff decide to file a First Amended Complaint, the plaintiff should make appropriate corrections and file it electronically.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge