IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| AKT DEVELOPMENT CORPORATION, Plaintiff, | ) | |
| v. | ) | No. 04-1453 C (Judge Firestone) |
| THE UNITED STATES, Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION
FOR A 60-DAY ENLARGEMENT OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), we respectfully request the Court to grant a 60-day enlargement of time, to and including January 14, 2005, within which defendant may respond to the complaint. Our response to the complaint is currently due November 15, 2004. We have made no previous request for an enlargement of time.

Pursuant to RCFC 6.1, counsel of record for the United States, Reginald T. Blades, Jr., spoke with Matthew G. Jacobs, Esquire, of Downey Brand, LLP, counsel for plaintiff, AKT Development Corporation, who stated that, based upon the representation of Government counsel that we will not seek any further requests for an enlargement of time for this purpose, plaintiff will not oppose this request.

This request is necessary because we must obtain from the Army Corps of Engineers and the Department of the Interior, Fish and Wildlife Service the information necessary for us to prepare a response to the complaint. By letters dated September 30, 2004, we provided to each agency a copy of plaintiffs' complaint, and we requested, pursuant to 5 U.S.C. § 520, that we be provided

with a litigation report as soon as possible. Since our initial letter, we have communicated with personnel at the agencies, but we have not yet received the information that is necessary for us to understand, and to determine an appropriate position upon, the issues raised in the complaint, and to prepare an appropriate response to the complaint. We anticipate that a 60-day enlargement of time will provide sufficient time for us to receive the necessary information and to prepare an appropriate response to the complaint.

For the foregoing reasons, we respectfully request the Court to grant this unopposed request for a 60-day enlargement of time, to and including January 14, 2005, within which defendant may respond to the complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 514-7300
Facsimile: (202) 307-0972

November 9, 2004

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November 2004, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR A 60-DAY ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Reginald T. Blades, Jr.