# In the United States Court of Federal Claims

**No. 04-1453C**
**(Filed: November 15, 2004)**

* * * * * * * * * * * * * * * * *
*
**AKT DEVELOPMENT** *
**CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

On September 14, 2004, this case was designated as an electronic case in the court's case management/electronic case filing (CM/ECF) system. Pursuant to General Order No. 42, the attorneys of record must have a CM/ECF account and the court issues an account login and password only to members of the court's bar who have passed a certification test.

In the court's October 13, 2004 order plaintiff's counsel was advised to establish a CM/ECF account. Records before the court indicate that plaintiff has not complied with this requirement. Plaintiff shall comply by **Friday, December 10, 2004**, or the court will issue a show cause order as to why the case should not be dismissed for lack of prosecution.

The Clerk of the Court is directed to mail a copy of this order to plaintiff.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge