DOWNEY BRAND LLP
MATTHEW G. JACOBS (CA Bar No. 122066)
NICOLE E. GRANQUIST (CA Bar No. 199017)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

REMY, THOMAS, MOOSE & MANLEY LLP
TINA A. THOMAS (CA Bar No. 88796)
TIFFANY K. WRIGHT (CA Bar No. 210060)
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017

Attorneys for Plaintiff
AKT DEVELOPMENT CORPORATION

**ELECTRONICALLY FILED ON FEBRUARY 2, 2005**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AKT DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE CHIEF OF ENGINEERS AND COMMANDER, UNITED STATES ARMY CORPS OF ENGINEERS and THE CHIEF OF ENGINEERS AND COMMANDER'S DELEGEES; AND THE SECRETARY OF THE DEPARTMENT OF THE INTERIOR and THE SECRETARY'S DELEGEES,<br><br>Defendants. | Case No.: 04-1453 C<br>(Judge Firestone)<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR A 30-DAY ENLARGEMENT OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION TO DISMISS** |

Pursuant to Rule 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), Plaintiff AKT Development Corporation ("Plaintiff") respectfully requests the Court to grant a thirty (30) day enlargement of time to, and including, March 16, 2005, within which Plaintiff may respond to Defendants' Motion to Dismiss, filed with the Court on January 14, 2005. Plaintiff has made no previous request for an enlargement of time.

Pursuant to RCFC 6.1, on February 2, 2005, counsel of record for Plaintiff, Matthew G. Jacobs, spoke with counsel of record for Defendants, Reginald T. Blades, regarding Plaintiff's request for this enlargement of time. Mr. Blades stated that he had no opposition to this request.

Plaintiff's counsel is in the process of obtaining and examining factual information for purposes of preparing legal arguments responsive to Defendants' Motion to Dismiss. Plaintiff anticipates that a 30-day enlargement of time will provide sufficient time to receive the necessary information and to prepare an appropriate response to Defendants' Motion to Dismiss.

For the foregoing reasons, Plaintiff respectfully requests the Court to grant Plaintiff's unopposed motion for a 30-day enlargement of time to, and including, March 16, 2005 within which Plaintiff may respond to Defendants' Motion to Dismiss.

Dated: February 2, 2005

Respectfully submitted,

DOWNEY BRAND LLP

By: s/Matthew G. Jacobs
MATTHEW G. JACOBS
Attorneys for Plaintiff AKT CORPORATION