# In the United States Court of Federal Claims

**No. 04-1453C**
**(Filed: February 8, 2005)**

* * * * * * * * * * * * * * * * * *
*
**AKT DEVELOPMENT** *
**CORPORATION,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

**ORDER ON MOTION FOR ENLARGEMENT OF TIME**

Plaintiff's unopposed motion, filed February 2, 2005, for a 30-day enlargement of time within which to respond to defendant's motion to dismiss is **GRANTED**. Accordingly, plaintiff shall file its response by **Wednesday, March 16, 2005**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge