# In the United States Court of Federal Claims

No. 04-1453C ADR PILOT
(Filed: February 17, 2005)

* * * * * * * * * * * * * * * * * * * * * * * *
AKT DEVELOPMENT CORPORATION,

*Plaintiff,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

This case was assigned to the undersigned pursuant to the ADR Pilot Program on September 14, 2004. A motion to dismiss was filed by defendant on January 14, 2005. Accordingly, initiation of ADR proceedings is deferred until disposition of that motion, unless the parties request otherwise.

s/Eric G. Bruggink
ERIC G. BRUGGINK
ADR Judge

cc: Judge Nancy B. Firestone