DOWNEY BRAND LLP
MATTHEW G. JACOBS (CA Bar No. 122066)
NICOLE E. GRANQUIST (CA Bar No. 199017)
555 Capitol Mall, Tenth Floor
Sacramento, CA 95814-4686
Telephone: (916) 444-1000
Facsimile: (916) 444-2100

REMY, THOMAS, MOOSE & MANLEY LLP
TINA A. THOMAS (CA Bar No. 88796)
TIFFANY K. WRIGHT (CA Bar No. 210060)
455 Capitol Mall, Suite 210
Sacramento, CA 95814
Telephone: (916) 443-2745
Facsimile: (916) 443-9017

Attorneys for Plaintiff
AKT DEVELOPMENT CORPORATION

**ELECTRONICALLY FILED ON FEBRUARY 16, 2005**

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AKT DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; THE CHIEF OF ENGINEERS AND COMMANDER, UNITED STATES ARMY CORPS OF ENGINEERS and THE CHIEF OF ENGINEERS AND COMMANDER'S DELEGEES; AND THE SECRETARY OF THE DEPARTMENT OF THE INTERIOR and THE SECRETARY'S DELEGEES,<br><br>Defendants. | Case No.: 04-1453 C<br>(Judge Firestone)<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Defendants having not yet filed an answer or motion for summary judgment in the above-entitled matter,

**NOTICE IS HEREBY GIVEN**, that pursuant to Rule 23(a)(1) of the Rules of the United States Court of Federal Claims, Plaintiff AKT Development Corporation hereby dismisses without prejudice its *First Amended Complaint* filed November 22, 2004.

Dated: February 16, 2005

Respectfully submitted,

DOWNEY BRAND LLP

By: s/Matthew G. Jacobs
MATTHEW G. JACOBS
Attorneys for Plaintiff AKT CORPORATION