# In the United States Court of Federal Claims

**No. 04-1453C**
**(Filed: March 1, 2005)**

*** * * * * * * * * * * * * * * * ***

**AKT DEVELOPMENT CORPORATION,** *

**Plaintiff,** *

**v.** *

**THE UNITED STATES,** *

**Defendant.** *

*** * * * * * * * * * * * * * * * ***

## ORDER

The court **SCHEDULES** a status conference for **Thursday, March 3, 2005 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (916) 444-1000; counsel for defendant at (202) 514-7300.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge